IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DELFINA S. SAUCEDO,**                                   6:12-CV-02289-AC

        **Plaintiff,**                                   ORDER

v.

**CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,**

        **Defendant.**

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#25) on August 13, 2013, in which he recommends this Court reverse the decision of the Commissioner and remand for an immediate award of benefits pursuant to sentence four of 42 U.S.C. § 405(g). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#25). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits.

IT IS SO ORDERED.

DATED this 15th day of September, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge